AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| American Acceptance Corporation of SC, *on behalf of itself and all others similarly situated*<br>*Plaintiff*<br>v.<br>John Gietz; Sheriff Bryan Koon, a/k/a "Jay" Koon, *in his official capacity*; James Westbury; Sandra Black; Joel M. Deason; Jesse Laintz; and Lexington County Sheriff's Department<br>*Defendants* | )<br>)<br>)  Civil Action No.   3:24-1099-MGL<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The Plaintiff, American Acceptance Corporation of SC, on behalf of itself and all others similarly situated, take nothing of the Defendants, John Gietz, Sheriff Bryan Koon, a/k/a "Jay" Koon, in his official capacity, James Westbury, Sandra Black, Joel M. Deason, Jesse Laintz, and Lexington County Sheriff's Department, as to the federal claim and it is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding. The Court having granted the defendants; motion to dismiss the federal claim.

Date:   March 26, 2025

*CLERK OF COURT*

s/Mary Deal

*Signature of Clerk or Deputy Clerk*